IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 25, 2008

Charles R. Fulbruge III
Clerk

No. 07-40187
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

GUSTAVO ESTRELLA POOT

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:06-CR-94-2

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges

PER CURIAM:[*]

The Federal Public Defender appointed to represent Gustavo Estrella Poot has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Poot has filed a response, asserting that counsel was ineffective. Our independent review of the record, counsel's brief, and Poot's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

Poot's motion to disqualify and appoint new counsel is DENIED.